86 F.3d 1146
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Scott Philip BROOKER, Plaintiff, Appellant,
v.
COMMISSIONER, NEW HAMPSHIRE DEPARTMENT of CORRECTIONS, et
al., Defendants, Appellees.
 No. 95-1545.
 United States Court of Appeals, First Circuit.
 May 13, 1996.
 
 Scott Philip Brooker on brief pro se.
 Before SELYA, CYR and LYNCH, Circuit Judges.
 PER CURIAM.
 
 
 1
 We have reviewed the record and plaintiff's arguments. We affirm for the reasons stated in the district court's May 4, 1995 order of dismissal.
 
 
 2
 Affirmed.